USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                               :
MOUSSA KOUYATE, *individually, and on behalf of all* :
*others similarly situated*,                               :
                                                               :         1:24-cv-6223-GHW
                                         Plaintiff,   :
                                                               :                 <u>ORDER</u>
                                            -v-                               :
                                                               :
THE HARVARD DRUG GROUP LLC, *doing*  :
*business as* Rugby Laboratories,                  :
                                                                :
                                         Defendant.  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the telephone conference held on December 18, 2024, Defendant's request for leave to file a motion to dismiss is granted. The deadline for Defendant to file and serve its motion to dismiss is January 17, 2025. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion. Defendant's reply, if any, is due within seven days after service of Plaintiffs' opposition.

       Moreover, for the reasons stated on the record during the telephone conference, discovery in this case is stayed pending resolution of Defendant's motion to dismiss.

       SO ORDERED.

Dated:  December 18, 2024
New York, New York

                                                                  GREGORY H. WOODS
                                                             United States District Judge