USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                               :
MOUSSA KOUYATE, *individually, and on behalf of all* :
*others similarly situated*,                                :
                                                               :          1:24-cv-6223-GHW
                                         Plaintiff,  :
                                                                :                <u>ORDER</u>
                -v-                                    :
THE HARVARD DRUG GROUP LLC, *doing*
*business as* Rugby Laboratories,
                                     Defendant.
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on November 13, 2025, Defendant's request for leave to file a motion to dismiss is granted. The deadline for Defendant to file and serve its motion to dismiss is December 15, 2025. Plaintiffs' opposition is due within four weeks after service of Defendant's motion. Defendant's reply, if any, is due within two weeks after service of Plaintiffs' opposition.

      Moreover, for the reasons stated on the record during the telephone conference, discovery in this case is stayed pending resolution of Defendant's motion to dismiss.

      SO ORDERED.

Dated: November 14, 2025
New York, New York

                                                                             GREGORY H. WOODS
                                                                   United States District Judge