USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOUSSA KOUYATE, *individually and on behalf of all others similarly situated,*

Plaintiff,

-v-

THE HARVARD DRUG GROUP LLC *d/b/a* RUGBY LABORATORIES,

Defendant.

---

1:24-cv-6223-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 30, 2026, the Court granted Defendant's motion to dismiss Plaintiff's first amended complaint and granted Plaintiff limited leave to amend his negligence and strict liability claims within thirty days. Dkt. No. 76. Plaintiff did not file an amended complaint by October 30, 2026. The Clerk of Court is directed to enter judgment for Defendant and to close this case.

SO ORDERED.

Dated: November 2, 2026
New York, New York

GREGORY H. WOODS
United States District Judge