**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MOUSSA KOUYATE, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

24 **CIVIL** 6223 (GHW)

# JUDGMENT

THE HARVARD DRUG GROUP LLC d/b/a RUGBY LABORATORIES,

Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 30, 2026 and Order dated November 2, 2026, Defendant's motion to dismiss is GRANTED. Plaintiff's Section 349 and unjust enrichment claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

November 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**